COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| CITY OF EL PASO, | § | No. 08-17-00200-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| MAX GROSSMAN, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017-DCV2528) |
| | § | |

## ORDER OF RECUSAL

On October 23, 2017, the Court disclosed to the parties in the above-styled and numbered cause that a court employee had violated Canon 3(B)(6) and (10) of the Code of Judicial Conduct, as well as the Court's policy manual, by manifesting bias or prejudice against one of the parties in a pending case. The Court did not have prior knowledge of the employee's actions and did not knowingly permit the employee to engage in the conduct, but we offered to recuse upon request because the employee's conduct could diminish the parties' confidence in the Court's ability to decide the case impartially. In response, the City of El Paso filed a motion to recuse. The motion to recuse is granted. The Court will forward a copy of this order of recusal to the Texas Supreme Court for reassignment or transfer of the case to another court of appeals.

IT IS SO ORDERED this 25th day of October, 2017.


_____
ANN CRAWFORD MCCLURE, Chief Justice

Before McClure, C.J., Rodriguez and Palafox, JJ.